IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO.: 99-020629 CACE 04

**00-06047**

**CIV-HURLEY**

MAGISTRATE JUDGE LYNCH

STEVEN MEARS,

    Plaintiff,

vs.

CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY,

    Defendant.

NIGHT BOX FILED

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## NOTICE OF FILING NOTICE OF REMOVAL

Defendant, CONSECO LIFE INSURANCE COMPANY, f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY, gives notice that it has filed a notice of removal of this action, a copy of which is attached, to the United States District Court for the Southern District of Florida, this 10th day of January, 2000.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail to: MICHAEL C. MATTSON, ESQUIRE, Counsel for Plaintiff, Cooney, Mattson, Lance, Blackburn, Richards & O'Connor, P.A., 2312 Wilton Drive, P.O. Box 14546, Ft. Lauderdale, Florida 33302 this 10th day of January, 2000.

Luks, Koleos & Santaniello, P.A.
SunTrust Centre, Suite 1050
515 E. Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 761-9900

By:_____
Daniel J. Koleos
Florida Bar No. 516325
Alan S. Rosenberg
Florida Bar No. 981400

E:\DOCS\MEARS.CON\REMOVAL.NOT

