UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,

        Plaintiff,

vs.                              CASE NO. 00-6047-CIV-HURLEY

CONSECO LIFE INSURANCE COMPANY,
etc.,

        Defendant.
_____:

## ORDER REQUIRING COUNSEL TO MEET
## & FILE JOINT SCHEDULING REPORT

**THIS CAUSE** is before the court upon receipt of defendant's notice of removal. Accordingly, it is **ORDERED**:

1. Pretrial discovery in this case shall be conducted in accord with Local Rules 16.1 and 26.1, and the Federal Rules of Civil Procedure.

2. Counsel for the parties shall hold a **scheduling conference** within sixty (60) days of the entry of this order. The filing of a motion for remand shall not stay the provisions of this order.

3. Within ten (10) days of the scheduling conference, counsel shall file a **joint scheduling report** pursuant to Local Rule 16.1(B)(7). This report shall indicate the **proposed month and year for the trial** plus the estimated number of **trial days** required.

**The parties are required to file the joint** scheduling **report regardless of the pendency of a motion to dismiss.** Failure of counsel to file a joint scheduling report **shall be regarded as failure to obey an order of the court** and, pursuant to Rule 37(b) of the Federal Rules of Civil Procedure, may result in dismissal, default, and the imposition of other sanctions including attorney's fees and costs.

**DONE and SIGNED** in Chambers at West Palm Beach, Florida, this 12th day of January, 2000.

                                                  Daniel T. K. Hurley
                                                  U. S. District Judge

**CASE NO. 00-6047-CIV-HURLEY**
Mears v. Conseco Life Insurance Company

copy furnished:

Daniel J. Koleos, Esq., SunTrust Ctr, Ste 1050, 515 E. Las Olas Blvd., Ft Lauderdale, FL 33301