UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,

           Plaintiff,                             CASE NO. 00-6047-CIV-HURLEY

vs.

CONSECO LIFE INSURANCE COMPANY,
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

           Defendant.
_____/

## REPLY TO AFFIRMATIVE DEFENSES

Plaintiff, STEVEN MEARS, by and through his undersigned attorney and denies each affirmative defense in Defendant's, CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY, Answer and Affirmative Defenses under certification date of January 10, 2000.

WE HEREBY CERTIFY that a true copy of the foregoing has been furnished by U.S. Mail this 24th day of January, 2000, to: ALAN S. ROSENBERG, ESQ., Luks, Koleos & Santaniello, P.A., Attorney for Conseco, 515 E. Las Olas Blvd., #1050, Ft. Lauderdale, Florida 33301.

                                              COONEY, MATTSON, LANCE, BLACKBURN,
                                              RICHARDS & O'CONNOR, P.A.
                                              Attorney for the Plaintiff
                                              2312 Wilton Drive
                                              P.O. Box 14546
                                              Ft. Lauderdale, FL 33302
                                              (954) 568-6669

                                         BY _____
                                            MICHAEL C. MATTSON, ESQ.
                                            Florida Bar No. 308242