**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

STEVEN MEARS,

    Plaintiff,

CASE NO.:00-6047-CIV-HURLEY

vs.

CONSECO LIFE INSURANCE COMPANY
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

    Defendant.

_____\\

## DEFENDANT, CONSECO LIFE INSURANCE COMPANY'S f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY'S NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO PLAINTIFF, STEVEN MEARS

Defendant, CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 34, hereby serves this notice of service of its First Set of Interrogatories to Plaintiff, STEVEN MEARS, consisting of 20 interrogatories to be answered within the time period prescribed by the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail to: MICHAEL C. MATTSON, ESQUIRE, Counsel for Plaintiff, Cooney, Mattson, Lance, Blackburn, Richards & O'Connor, P.A., 2312 Wilton Drive, P.O. Box 14546, Ft. Lauderdale, Florida 33302 this ____ day of February, 2000.

    Luks, Koleos & Santaniello, P.A.
    515 E. Las Olas Boulevard, Suite 1050
    Fort Lauderdale, Florida 33301
    (954) 761-9900

    By: _____
    Daniel J. Koleos
    Florida Bar No. 546325
    Alan S. Rosenberg
    Florida Bar No. 981400

E:\DOCS\MEARS.CON\ROGGS-1

NON-COMPLIANCE OF S.D. fla. L.R. 5.1(B)

**FIRST SET OF INTERROGATORIES TO PLAINTIFF**

1. Please state the full name, address, telephone number, date and place of birth and social security number of the person responding to these Interrogatories.

    **ANSWER**:

2. Identify all persons who are believed or known to you to have knowledge of the subject matter of the action or any of the issues in this lawsuit and state the substance of such knowledge or information.

    **ANSWER**:

3.  Identify all documents that refer or relate to the policy or policies at issue or to any of the allegations in your Complaint or to any issue in this action.

    **ANSWER**:

4.  List each and every item or category of damages that you allege you have incurred or suffered as a result of the allegations in your Complaint, the amount of such damages, and as to each item or category, describe how you computed the amount of such damages.

    **ANSWER**:

CASE NO.:00-6047-CIV-HURLEY
Page 4

5. Identify each insurance policy, annuity or other insurance investment CRYSTAL MEARS, the Decedent, had during the period from three (3) years prior to the transaction that is the subject of this lawsuit to the present.

**ANSWER:**

6. Identify each person you intend to call as a witness at the trial of this case to provide "expert" or "opinion" testimony concerning any issue at trial and, as to each, state the witness' qualifications as an expert, the subject matter upon which the witness is to testify, the substance of the facts and opinions to which the witness is expected to testify and a summary of the grounds for each opinion.

**ANSWER:**

7.  Identify each person from whom CRYSTAL MEARS and/or STEVEN MEARS received information, advice and/or recommendations concerning the purchase of Life Insurance Policy No. 1090305893 and specify the substance of that information, advice or recommendations.

    **ANSWER:**

8.  Please provide the name and address of each and every individual and/or company with whom CRYSTAL MEARS or STEVEN MEARS discussed purchasing life insurance during the years 1990 to present and specify the type(s) of life insurance discussed.

    **ANSWER:**

9.  Please provide the name and address of each individual who read the Policy upon delivery to CRYSTAL MEARS.

    **ANSWER:**

10. Identify all doctors, physicians, therapists, chiropractors, neurologists, hospitals, medical centers, clinics, outpatient centers, and other physical health practitioners, entities or consultation regarding CRYSTAL MEAR's physical health, including, but not limited to, cancer, heart attack, stroke, Acquired Immune Deficiency Syndrome (AIDS) or insulin dependent diabetes from 1990 to present, and state the following:

    (a) The date(s) of each such treatment, evaluation or consultation;

    (b) The result, including recommended treatment and/or diagnosis given as a result of each such treatment, evaluation or consultation, including whether any medications were prescribed; and

    (c) Identify all documents that relate in any manner to the responses given to subparagraphs (a)-(b) above.

    **ANSWER:**

11. Since 1990, has CRYSTAL MEARS or STEVEN MEARS ever been declined health, life or disability insurance due to any health reason? If yes, please provide:

 (a) The name of each insurance company;

 (b) The date of each application;

 (c) The reason you were declined insurance; and

 (d) Identify all documents that relate in any manner to the responses given to subparagraphs (a)-(c) above.

 **ANSWER:**

12. Identify, by name, address and telephone number, all individuals of which you are aware, who, by personal knowledge or belief, have or may have information or facts relevant to the subject matter of this lawsuit generally; and for each of those individuals, state with specificity the nature of the facts known or believed to be known to those individuals.

 **ANSWER:**

13. Identify by case name, number and jurisdiction, all lawsuits in which you have been a party, witness or deponent during the period 1990 to the present.

    **ANSWER**:

14. Please give the name, address and telephone number of any life insurance company to which CRYSTAL MEARS had made an application for life insurance in the 10 years prior to her date of death.

    **ANSWER**:

15. Describe any and all policies of insurance which you contend CRYSTAL MEARS is named as an insured and you are the beneficiary, the number of the policy, the effective dates of the policy, the available limits the coverages, the name and the address of the custodian of the policy and the company issuing the policy.

   **ANSWER**:

16. Have you ever been convicted of a crime, other than any juvenile adjudication, that was under the law under which you were convicted punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement, regardless of the punishment? If so, what was the specific crime you were convicted? What is the date of each conviction? What is the place of each conviction?

   **ANSWER**:

17.  Have you ever heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of each statement.

   **ANSWER:**

18.  Please state any and all facts which support your contention that benefits under the subject life insurance policy between CRYSTAL MEARS and CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY became due and payable upon the death of CRYSTAL MEARS?

   **ANSWER:**

19. Please state any and all facts which support your contention that CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE attempted to rescind the policy of insurance at issue in this litigation.

    **ANSWER**:

20. During her lifetime, did CRYSTAL MEARS ever apply for worker's compensation benefits, social security disability benefits, pension retirement benefits in connection with any alleged disability or illness. If so, please provide the following information:

    (a)   The date(s) of notice of each such claim or application for these benefits;

    (b)   The results of each such claim or application;

    (c)   Describe in detail the alleged disability for which each such claim was made;

    (d)   Identify the physician or other health care practitioner who diagnosed each alleged disability described in subparagraph (c) above;

    (e)   The sum(s) of money paid or awarded for each such claim or application; and

    (f)   The amount of any settlement of each such claim or application.

    **ANSWER**:

Case 0:00-cv-06047-DTKH   Document 7   Entered on FLSD Docket 02/03/2000   Page 11 of 12

_____

STATE OF FLORIDA            )
                            ) ss:
COUNTY OF _____     )

**BEFORE ME** the undersigned authority, personally appeared _____ who after being duly sworn, deposes and says that the attached answers to interrogatories are true and correct.

The foregoing instrument was acknowledged before me this _____ day of February, 2000, by _____ who is personally known to me or who has produced _____ as identification, and who did take an oath.

_____
NOTARY PUBLIC STATE OF FLORIDA

My Commission Expires: