UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,   CASE NO.:00-6047-CIV-HURLEY

    Plaintiff,

vs.

CONSECO LIFE INSURANCE COMPANY
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

    Defendant.
_____\

SCHEDULING REPORT AND
JOINT PROPOSED SCHEDULING ORDER

1. **Meeting of Parties**: Pursuant to Local Rule 16.1B, counsel for Plaintiff and Defendant conferred on February 4, 2000.

2. **Case Management Track**: The parties agree that this case is a "standard track" pursuant to United States District Court, Southern District of Florida, Local Rule 16.1A2(b).

3. **Discovery Schedule**:

    (a) **Plaintiff's Planned Discovery**:

    Plaintiff may propound request for admissions, written interrogatories, request for production and take all depositions concerning the above-listed issues as allowed by Federal Rules of Civil Procedure.

    (b) **Defendant's Planned Discovery**:

    Defendant may propound request for admissions, written interrogatories, request for production and take all depositions concerning the above-listed issues as allowed by Federal Rules of Civil Procedure.

4. **Settlement**:: At this time, the parties stipulate that it is unknown as to the likelihood of settlement.

CASE NO.:00-6047-CIV-HURLEY
Page 2

5. **Appearance of Additional Parties**: At this time neither Plaintiff nor Defendant foresee the appearance of additional parties.

6. **Proposed Limits on Time**:

    (a) **Joinder of Other Parties/Amend Pleadings**:

    The parties agree that motions to amend pleadings and join other parties will be served on or before November 15, 2000.

    (b) **File and Hear Motions**:

    The parties agree that they will file any dispositive motions including, but not limited to, summary judgment motions on or before January 15, 2001.

    (c) **Complete Discovery**:

    The parties agree that discovery should be completed on or before December 15, 2000.

7. **Amendment to Pleadings**: At this time it appears that the pleadings will not need to be amended.

8. **Advance Rulings**: The parties are unaware of the need for advance rulings from the Court on the admissibility of evidence.

9. **Referral to Magistrate**: At this time, the parties do not wish this case to be referred to a Magistrate or Master.

10. **Estimated Time for Trial**: The parties estimate the time for trial as three (3) to five (5) days.

11. **Calendar Call and Trial**: The parties will be ready for calendar call on April 2, 2001 at 2:00 p.m. and for trial on or after April 16, 2001.

CASE NO.:00-6047-CIV-HURLEY
Page 3

12. **Other Matters**:   None known at this time.

Date: 3-1-00

/s/ Michael C. Mattson

MICHAEL C. MATTSON, ESQ.
Florida Bar No.
COONEY, MATTSON, LANCE,
BLACKBURN, RICHARDS &
O'CONNOR
2312 Wilton Drive
P.O. Box 14546
Fort Lauderdale, Fl 33302
(954) 568-6669
(954) 568-0085 (Fax)
Attorneys for Plaintiff

/s/ Daniel J. Koleos

DANIEL J. KOLEOS, ESQ.
Florida Bar No. 516325
ALAN S. ROSENBERG, ESQ.
Florida Bar No. 981400
LUKS, KOLEOS & SANTANIELLO, P.A.
SunTrust Center, Suite 1050
515 E. Las Olas Boulevard
Fort Lauderdale, Fl 33301
(954) 761-9900
(954) 524-1135 (Fax)
Attorneys for Defendant