UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,

    Plaintiff,

vs.

CASE NO.:00-6047-CIV-HURLEY

CONSECO LIFE INSURANCE COMPANY
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

    Defendant.
_____\

## DEFENDANT, CONSECO LIFE INSURANCE COMPANY'S F/K/A MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY, WITNESS LIST PURSUANT TO THE PARTIES' JOINT SCHEDULING STATUS REPORT

Defendant, CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY ("CONSECO"), by and through the undersigned counsel, and pursuant to the parties' Joint Scheduling Status Report dated **February 23, 2000,** hereby files its Initial Witness List in this cause and states as follows:

### I. WITNESSES

Defendant, CONSECO reserves its right to call any or all of the following witnesses in this case:

    1.    Any and all witnesses listed by Plaintiff(s) and any other party to this case.

    2.    Lucille Chatham
           Senior Vice President, Claims
           c/oConseco Services, LLC
           11825 N. Pennsylvania St.
           P.O. Box 1911
           Carmel, IN 46032



3. David White
   Vice President, Agency Administration
   c/o Conseco Services, LLC
   11825 N. Pennsylvania St.
   P.O. Box 1911
   Carmel, IN 46032

4. Ferry Bunting
   Second Vice President, Underwriting
   c/o Conseco Services, LLC
   11825 N. Pennsylvania St.
   P.O. Box 1911
   Carmel, IN 46032

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail to: MICHAEL C. MATTSON, ESQUIRE, Counsel for Plaintiff, Cooney, Mattson, Lance, Blackburn, Richards & O'Connor, P.A., 2312 Wilton Drive, P.O. Box 14546, Ft. Lauderdale, Florida 33302 this 27 day of March, 2000.

Luks, Koleos & Santaniello, P.A.
SunTrust Centre, Suite 1050
515 E. Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 761-9900

By: _____
    Daniel J. Koleos
    Florida Bar No. 516325
    Alan S. Rosenberg
    Florida Bar No. 981400

E:\DOCS\MEARS.CON\WITNESS.LTS