UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,    CASE NO.:00-6047-CIV-HURLEY

    Plaintiff,

vs.

CONSECO LIFE INSURANCE COMPANY
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

    Defendant.
_____\



### DEFENDANT, CONSECO LIFE INSURANCE COMPANY F/K/A MASSACHUSETTS LIFE INSURANCE COMPANY'S NOTICE OF NON-CONSENT TO MAGISTRATE JURISDICTION

Defendant, CONSECO LIFE INSURANCE COMPANY F/K/A MASSACHUSETTS LIFE INSURANCE COMPANY, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure, and in compliance with the Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery to United States Magistrate Judge dated March 9, 1999, hereby files its Notice of Non-Consent to Magistrate Jurisdiction and further states as follows:

1. Pursuant to this Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery to United States Magistrate Judge dated March 9, 1999, Page 3, Paragraph 4, the parties were ordered to meet and discuss magistrate jurisdiction.

2. Defendant, CONSECO LIFE INSURANCE COMPANY F/K/A MASSACHUSETTS LIFE INSURANCE COMPANY, has discussed with the undersigned counsel the potential use



CASE NO.:00-6047-CIV-HURLEY
Page 2

of magistrate jurisdiction and does not, at this time, consent to magistrate jurisdiction.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. Mail to: MICHAEL C. MATTSON, ESQUIRE, Counsel for Plaintiff, Cooney, Mattson, Lance, Blackburn, Richards & O'Connor, P.A., 2312 Wilton Drive, P.O. Box 14546, Ft. Lauderdale, Florida 33302 this ___ day of March, 2000.

Luks, Koleos & Santaniello, P.A.
SunTrust Centre, Suite 1050
515 E. Las Olas Boulevard
Fort Lauderdale, Florida 33301
(954) 761-9900
Attorneys for **CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY**

By:_____
Daniel J. Koleos
Florida Bar No. 516325
Alan S. Rosenberg
Florida Bar No. 981400

E:\DOCS\MEARS.CON\CONSENT.MAG