## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,

      Plaintiff,

vs.

CONSECO LIFE INSURANCE COMPANY,
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

      Defendant.

_____/

CASE NO. 00-6047-CIV-HURLEY



FILED by _____ D.C.

JUL 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF PORTIONS OF CLAIM FILE (DE #12) AND DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION TO COMPEL PRODUCTION (DE #14)

**THIS CAUSE** having come on to be heard upon the aforementioned Motions, and this Court having reviewed the Motions, responses, and reply, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel Production of Portions of Claim File is **GRANTED IN PART** with respect to any underwriting materials Defendant has in its possession, it is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel Production is **DENIED** with respect to any internal claim information regarding the death benefits claim at issue since Plaintiff's complaint does not contain a bad faith claim, it is further

**ORDERED AND ADJUDGED** that Defendant's Motion to Strike Plaintiff's Motion to Compel is **DENIED**.



**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 28th day of July, 2000.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE


cc:  Michael C. Mattson, Esq.
     Daniel J. Koleos, Esq.

2