UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS

       Plaintiff,

vs

CONSECO LIFE INSURANCE, CO., et al.

       Defendant,

_____/

CASE NO: 00-6047-CIV-HURLEY

NOTICE OF MEDIATION

Michael C. Mattson, Esquire
Cooney, Mattson, et al.
Post Office Box 14546
Fort Lauderdale, FL 33302

Alan S. Rosenberg, Esquire
Luks, Koleos & Santaniello
515 East Las Olas Boulevard
Fort Lauderdale, FL 33301

     **YOU ARE HEREBY NOTIFIED**, pursuant to the agreement of the parties, a Mediation Conference shall be held in this case before Arthur B. Parkhurst, Esquire of Mediation, Inc., Bank of America Tower, 18th Floor, 100 Southeast Third Avenue, Fort Lauderdale, FL 33394 on November 29, 2000 at 9:00 AM. Any correspondance with the Mediator shall be directed to Mediation, Inc., PO Box 4978, Fort Lauderdale, Florida, 33338, FAX (954)767-0505. **2.00 hours have been reserved.**

    "If you are a person with a disability who needs any accomodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator in the Administration Office of Mediation, Inc., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394, Telephone (954) 764-1000 or (800) 741-7000, within two (2) working days of the receipt of this Notice of Mediation."

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Mediation has been provided by mail to the above named addressees this 13th day of October, 2000.

                   MEDIATION, INC.

                   By _____
                   **JAMES B. CHAPLIN, ESQUIRE**
                   **Florida Bar Number 110628**
                   **Post Office Box 4978**
                   **Fort Lauderdale, FL 33338**
                   **Telephone: (954) 764-1000**
                             **(800) 741-7000**

IN-CON............ OF S.D. fla. L.R. 5/13