UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,

    Plaintiff,

vs.

CONSECO LIFE INSURANCE COMPANY,
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

CASE NO. 00-6047-CIV-HURLEY

FILED by _____ D.C.

NOV - 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER FROM THE TAKING OF THE DEPOSITION OF THE PERSON WITH THE MOST KNOWLEDGE REGARDING UNDERWRITING UNILATERALLY SET BY PLAINTIFF (DE #19)

**THIS CAUSE** having come on to be heard upon the aforementioned Motion, and this Court having reviewed the Motion, and noting that Plaintiff has not filed a response, and being otherwise advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion for Protective Order is **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this _____ day of November, 2000.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc:  Michael C. Mattson, Esq.
     Daniel J. Koleos, Esq.