UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,

        Plaintiff,              CASE NO. 00-6047-CIV-HURLEY
                                      MAGISTRATE JUDGE FRANK J. LYNCH

vs.

CONSECO LIFE INSURANCE COMPANY,
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

        Defendant.
_____/

### RE-NOTICE OF TAKING DEPOSITION

TO:    ALAN S. ROSENBERG, ESQ., Luks, Koleos & Santaniello, P.A., 515 East Las Olas Boulevard, Suite 1050, Fort Lauderdale, Florida 33301.

        YOU, as attorney for the Defendant, are hereby notified that at Lauderdale Gynecologic Associates, P.A., 201 N.W. 82nd Avenue, Suite 104, Plantation, Florida on December 18, 2000 at 5:30 P.M., Florida, Defendant will take the deposition by oral examination for purposes of discovery and for use as evidence in said cause, or both, of the following:

**STRATTON N. STERGHOS, M.D.**

        Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.



LAW OFFICES
COONEY, MATTSON, LANCE, BLACKBURN, RICHARDS & O'CONNOR, P.A.
P.O. BOX 14546, FORT LAUDERDALE, FLORIDA 33302 · TEL. (954) 568-6669

CASE NO: 00-6047-CIV-HURLEY

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee of such attorney or counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until completed.

I HEREBY CERTIFY that a copy hereof was mailed to the above named addressee on November 8, 2000.

> COONEY, MATTSON, LANCE, BLACKBURN,
> RICHARDS & O'CONNOR, P.A.
> Attorney for the Plaintiff
> 2312 Wilton Drive
> Post Office Box 14546
> Fort Lauderdale, FL 33302
> (954) 568-6669
>
> BY _____
>     MICHAEL C. MATTSON, ESQ.
>     Florida Bar No. 308242

cc: Florida Realtime Reporting
    790 E. Broward Boulevard, Suite 200
    Fort Lauderdale, Florida 33301
    (954) 767-0450