UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS
    Plaintiff,

vs

CONSECO LIFE INSURANCE COMPANY
    Defendant,
_____/

CASE NO: 00-6047-CIV-HURLEY

MEDIATION REPORT

Type of Case: Contract

Pursuant to the Court's Order/Joint Stipulation, a Mediation Conference was conducted by Arthur B. Parkhurst, Esquire of MEDIATION, INC., on November 29, 2000.

The following were present:

    All Plaintiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation Conference is as follows:

    Case completely SETTLED. Counsel were directed to submit Agreement, Stipulation for Dismissal, or other Final Disposition to the Court as soon as possible.

Copies furnished by U.S. Mail to:

    Michael C. Mattson, Esquire

    Alan S. Rosenberg, Esquire

RESPECTFULLY SUBMITTED on December 5, 2000.

JAMES B. CHAPLIN, ESQUIRE
for Arthur B. Parkhurst
Florida Bar Number 110628
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
          (800) 741-7000