UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN MEARS,

    Plaintiff,

vs.

CONSECO LIFE INSURANCE COMPANY
f/k/a MASSACHUSETTS GENERAL
LIFE INSURANCE COMPANY,

    Defendant.
_____\

CASE NO.:00-6047-CIV-HURLEY
Magistrate Judge Lynch



FILED by ___ D.C.
JAN - 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## JOINT STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between Plaintiff, STEVEN MEARS, and Defendant, CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY, that the above styled cause has been amicably settled out of court for a satisfactory sum and, therefore, the Court may enter an Order on the Joint Stipulation of Dismissal, dismissing Plaintiff, STEVEN MEARS' action against Defendant, CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY, with prejudice.

    **IT IS FURTHER STIPULATED** that each party shall bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| Cooney, Mattson, Lance, Blackburn,<br>Richards & O'Connor, P.A.<br>2312 Wilton Drive<br>P.O. Box 14546<br>Ft. Lauderdale, FL 33302 | Luks, Koleos & Santaniello, P.A.<br>SunTrust Center, Suite 1050<br>515 E. Las Olas Boulevard<br>Fort Lauderdale, Florida 33301<br>(954) 761-9900 |

CASE NO.:00-6047-CIV-HURLEY
Magistrate Judge Lynch
Page 2

Attorneys for Plaintiff

By: /s/ Michael C. Mattson
Michael C. Mattson, Esquire
Florida Bar No.

Dated: 12/23/00

Attorneys for **CONSECO LIFE INSURANCE COMPANY**

By: /s/ Daniel J. Koleos
Daniel J. Koleos
Florida Bar No. 516325

Dated: 12/26/00

## FINAL ORDER OF DISMISSAL

**IN CONSIDERATION** of the foregoing Joint Stipulation of Dismissal, it is hereby

**ORDERED AND ADJUDGED** that the action brought by Plaintiff, STEVEN MEARS, as against Defendant, CONSECO LIFE INSURANCE COMPANY f/k/a MASSACHUSETTS GENERAL LIFE INSURANCE COMPANY, is dismissed with prejudice, with each party to bear its own attorneys' fees, costs and expenses.

**DONE AND ORDERED** in Chambers at West Palm Beach County, Florida on this 30 day of Dec., 2000.

/s/ Daniel T. K. Hurley
UNITED STATES DISTRICT COURT JUDGE

Conformed copies furnished to:

Daniel J. Koleos, Esq.
Michael C. Mattson, Esq.
E:\DOCS\MEARS.CON\DISMISSA.STP