UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6047-CIV-HURLEY/LYNCH

STEVEN MEARS,

    Plaintiff,

v.

CONSECO LIFE INSURANCE CO.,

    Defendant.
_____/

FILED by ___ D.C.
FEB - 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER OF CLOSE OUT

On January 2, 2001, the court entered an order of dismissal pursuant to the parties joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). There being nothing further for the court to resolve, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Clerk of the Court shall enter the case as **CLOSED**; and

2. any pending motions are **DENIED** as moot.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of February, 2001.

Daniel T. K. Hurley
United States District Court

Copies furnished to:

Michael Mattson, Esq.
Daniel Koleos, Esq.